# Custody Status Questionnaire

Case Number and Caption: <u>23-7008, Logsdon v. United States Marshal Service, et al.</u>

I am the attorney of record for: <u>Donald Ray Logsdon, Jr.</u>
[name of party represented]

My client presently is:

☐ Released on Secured Bond Pending Appeal.

☐ Released on Recognizance (or Unsecured Bond) Pending Appeal.

☑ Incarcerated in a Federal Prison as a result of:

    Choose one: Some other offense

☐ Incarcerated in some other Federal Correctional Facility as a result of:

    Choose one:

☐ Incarcerated in a State Penitentiary as a result of:

    Choose one:

☐ Incarcerated in Local Jail as a result of:

    Choose one:

☐ On Parole or Other Conditional Release as a result of:

    Choose one:

Other / Explain

Date: 10/05/2023     Signature: /s/ Kevin E. Jason

If you are counsel for the defendant in a direct criminal appeal (including interlocutory appeals, regardless of which party filed the appeal) or a petitioner in a habeas corpus or immigration appeal, or any appeal where the plaintiff, defendant or petitioner is in custody, you <u>must</u> complete the Custody Status Questionnaire.

Please save this document as your case number .pdf and file it in CM/ECF as required by the March 18, 2009 General Order. For questions, you can contact the calendar team at:
Phone: 303-335-2708
Email: 10th_Circuit_Calteam@ca10.uscourts.gov